

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00006-CR

_____

JESUS ANDRES VASQUEZ A/K/A JESUS VASQUEZ, Appellant

V.

THE STATE OF TEXAS

On Appeal from the Criminal District Court No. 4
Tarrant County, Texas
Trial Court No. 1473420D

Before Gabriel, Kerr, and Pittman, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant has moved to dismiss his appeal. Because we have not yet decided this case, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: January 31, 2019